NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**ERICSSON, INC., TELEFONAKTIEBOLAGET LM ERICSSON,**
*Plaintiffs-Appellees*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG RESEARCH AMERICA,**
*Defendants-Appellants*

———————

2021-1565

———————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00380-JRG, Chief Judge J. Rodney Gilstrap.

———————

PER CURIAM.

**O R D E R**

Upon consideration of the parties' joint agreement to dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b) with each party to bear its own costs,

IT IS ORDERED THAT:

2          ERICSSON INC. v. SAMSUNG ELECTRONICS CO., LTD.

The stay of the appeal is lifted. The appeal is dismissed as stipulated.

FOR THE COURT

June 22, 2021                    /s/ Peter R. Marksteiner
Date                            Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE**: June 22, 2021